UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONNIE L. CARRUTH,<br><br>　　　　　Plaintiff,<br>v.<br><br>LAUREL J. BLAIR,<br><br>　　　　　Defendant. | Case No. 2:21-cv-02124-APG-VCF<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 6] |

　　　　On June 24, 2022, Magistrate Judge Ferenbach entered his Report and Recommendation recommending dismissal of plaintiff Jonnie Carruth's amended complaint because it does not state a claim for a violation of the First Amendment. ECF No. 6.  In response, Carruth filed a letter, which I will interpret as an objection to Judge Ferenbach's recommendation. ECF No. 7.

　　　　I have conducted a de novo review of the issues set forth in the Report and Recommendation under Local Rule IB 3-2.  Judge Ferenbach's Report and Recommendation sets forth the proper legal analysis and the factual basis for the decision.  I accept and adopt it as my own.  Carruth may have legitimate claims against defendant Blair.  But they do not arise under the First Amendment and this court does not have jurisdiction over them.  Carruth may wish to pursue his claims in Nevada state court.

　　　　I THEREFORE ORDER that the Report and Recommendation **(ECF No. 6) is accepted** and this case is DISMISSED without prejudice.  The clerk of the court shall enter Judgment accordingly.

　　　　Dated: August 4, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE